UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV21-06617-CAS (AS) | Date | November 29, 2021 |
|---|---|---|---|
| Title | *Bobby Earl Trotter v. CYA et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

   On October 13, 2021, the Court issued an order dismissing Plaintiff's Complaint with leave to amend and directing Plaintiff to file a First Amended Complaint ("FAC") no later than November 15, 2021.  (Dkt. No. 14).  Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. See Fed. R. Civ. P. 41(b)." Id., at 13.

   To date, Plaintiff has failed to file a First Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than December 29, 2021**, why this action should not be dismissed with prejudice for failure to prosecute.  This Order will be discharged upon the filing of a First Amended Complaint or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to do so.

//

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV21-06617-CAS (AS) | Date | November 30, 2021 |
|---|---|---|---|
| Title | *Bobby Earl Trotter v. CYA et. al.,* | | |

    If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.  <u>Plaintiff is warned that a failure to timely respond to this Order **will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

    IT IS SO ORDERED.

cc:    Christina A. Snyder, United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |