O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BOBBY EARL TROTTER,<br><br>　　　　　Plaintiff,<br>　　v.<br>CYA, et. al.,<br><br>　　　　　Defendant. | Case No. CV 21-6617-CAS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

///

///

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: February 23, 2022

_____*Christina A. Snyder*_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE