JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BOBBY EARL TROTTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYA, et. al.,<br><br>　　　　　Defendant. | Case No. CV 21-6617-CAS (AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 23, 2022

　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE